# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN LAYSHOCK, a minor, by and through his parents, DONALD LAYSHOCK and CHERYL LAYSHOCK, individually and on behalf of their son, | : : : : | CIVIL ACTION |
| | : | No. 2:06-cv-116 |
| Plaintiffs, | : : | |
| vs. | : : | |
| HERMITAGE SCHOOL DISTRICT; KAREN IONTA, District Superintendent; ERIC W. TROSCH, Principal Hickory High School; and CHRIS GILL, Co-Principal Hickory High School, all in their official and individual capacities, | : : : : : : : | |
| Defendants. | : | |

## ORDER

AND NOW, this **14th** day of **November**, 2007, it is ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Justin Layshock and against Defendant Hermitage School District on Count I of Plaintiffs' Complaint; judgment is entered in favor of Defendant Hermitage School District and against Plaintiffs Justin, Donald and Cheryl Layshock on Counts II and III of the Plaintiffs' Complaint; and, all claims are dismissed with prejudice against Defendants Karen Ionta, Eric W. Trosch, and Chris Gill and those Defendants are dismissed as parties from this action.  The clerk shall mark this case closed.

BY THE COURT:

 s/ Terrence F. McVerry                         J.

50000.157