IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN LAYSHOCK, a minor, by and through his parents, DONALD LAYSHOCK and CHERYL LAYSHOCK, individually and on behalf of their son,  :  :  :  : | CIVIL ACTION |
| : | No. 2:06-cv-116 |
| Plaintiffs,     : | Judge Terrence F. McVerry |
| : | |
| vs.     : | |
| : | |
| HERMITAGE SCHOOL DISTRICT; KAREN IONTA, District Superintendent; ERIC W. TROSCH, Principal Hickory High School; and CHRIS GILL, Co-Principal Hickory High School, all in their official and individual capacities,  :  :  :  :  :  : | |
| : | |
| Defendants.     : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

Consistent with the terms of the settlement agreements entered into by the parties, Plaintiffs Justin Layshock, Donald Layshock, and Cheryl Layshock, by and through counsel, hereby stipulate that the claims all defendants will be dismissed with prejudice from the United States District Court for the Western District of Pennsylvania pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties agree that no attorney's fee petition will be filed in this case. The parties further agree that this Court will retain continuing jurisdiction, if necessary, for purposes of enforcing the terms of the parties' Stipulation of Dismissal and their settlement agreements.

Date: October 16, 2012

SO ORDERED:
s/ Terrence F. McVerry
United States District Judge

2

Respectfully submitted,

/s/ Witold J. Walczak, Esq.
PA I.D. #62976

/s/ Sara J. Rose, Esq.
PA I.D. #204936

American Civil Liberties Foundation
   of Pennsylvania
313 Atwood Street
Pittsburgh, PA  15213
(412) 681-7864

/s/ Kim M. Watterson, Esq.
PA I.D. #63552
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-7996

*Counsel for Plaintiffs*


/s/ Anthony Sanchez, Esq.
PA I.D. #55945
ANDREWS & PRICE
1500 Ardmore Boulevard, Suite 506
Pittsburgh, PA  15221
412-243-9700

*Counsel for Defendants*

2